United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | QBD Packaging LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Quality By Design Packaging |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 86-2533006 |

4. **Debtor's address**

**Principal place of business**

2710 Montgomery Dr.
Number        Street

_____

Seymour            IN    47274
City             State    ZIP Code

Jackson County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City             State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City             State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.qbdpackaging.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | QBD Packaging LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
339900

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY

   District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

   District _____  When _____
                                            MM  /  DD  / YYYY

   Case number, if known _____

| Debtor | QBD Packaging LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | QBD Packaging LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
            MM / DD / YYYY

✖ /s/ Nnodum Iheme
Signature of authorized representative of debtor

Nnodum Iheme
Printed name

Title _____

**18. Signature of attorney**

✖ /s/ Jeffrey Hester
Signature of attorney for debtor

Date  05/05/2025
      MM / DD / YYYY

Jeffrey Hester
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Sq Suite 1330
Number        Street

Indianapolis                          IN         46204
City                                  State      ZIP Code

317-833-3030                          jhester@hbkfirm.com
Contact phone                         Email address

22048-49                              IN
Bar number                            State

---

**Fill in this information to identify the case:**

Debtor name _____ QBD Packaging LLC_____

United States Bankruptcy Court for the: _____Southern District of Indiana_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................... $ 1,400,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................... $ 727,983.37

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................... $ 2,127,983.37

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............ $ 573,295.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...................................... $ 44,547.94

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............... +$ 273,242.25

4. **Total liabilities** ......................................................................................... $ 891,085.19
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___QBD Packaging LLC_____

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Nnodum Pharmaceutical 483 Northland Blvd Cincinnati, OH, 45240 | | Monies Loaned / Advanced | | | | 138,200.00 |
| 2 Colbert Packaging Corporation 1511 W. Lusher Avenue Elkhart, IN, 46517 | rhart@colbertpkg.com | Suppliers or Vendors | | | | 77,620.01 |
| 3 Jackson County Treasurer 111 S. Main Street, Suite 124 Brownstown, IN, 47220 | | Taxes & Other Government Units | | | | 44,547.94 |
| 4 First Financial Bank 225 Pictoria Drive, Suite 120 Cincinnati, OH, 45246 | shanda.thayer@bankatfirst.com | Monies Loaned / Advanced | | | | 24,875.00 |
| 5 Liveo Research, Inc. 1389 School House Road New Castle, DE, 19720 | | Suppliers or Vendors | | | | 12,399.20 |
| 6 Reliable Comfort 2601 Montgomery Drive Seymour, IN, 47274 | service@reliablecomfort.com | Services | | | | 4,999.00 |
| 7 Duke Energy P.O. Box 1327 Charlotte, NC, 28201 | lynn.colombo@duke-energy.com | Utility Services | | | | 3,991.23 |
| 8 Plymate 819 Elston Drive Shelbyville, IN, 46176 | ar@plymate.com | Suppliers or Vendors | | | | 2,604.12 |

Debtor    QBD Packaging LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Secura Insurance P.O. Box 819 Appleton, WI, 54912 | | Services | | | | 2,260.51 |
| 10 | IPFS Corporation P.O. Box 412086 Kansas City, MO, 64141 | | Services | | | | 1,532.10 |
| 11 | Vectren Energy P.O.Box 6248 Indianapolis, IN, 46206 | | Utility Services | | | | 1,049.55 |
| 12 | PCA 3460 Commerce Drive Columbus, IN, 477201 | gregzabor@packagingcorp.com | Suppliers or Vendors | | | | 856.50 |
| 13 | Stuckwisch Outdoor Services 2042 N. County Road 950 E Seymour, IN, 47274 | cstuckwisch15@gmail.com | Services | | | | 785.00 |
| 14 | Comcast Cable P.O. Box 7500 Southeastern, PA, 19398-7500 | | Utility Services | | | | 425.40 |
| 15 | Flexi-Print 50 Commercial Avenue Moonachie, NJ, 07074 | gwford@flexi-pharma.com | Services | | | | 378.87 |
| 16 | Aflac 1932 Wynnton Road Columbus, GA, 31999 | | Services | | | | 363.48 |
| 17 | General Rubber 1007 W. Brown Street Seymour, IN, 47274 | sara@grpsey.com | Services | | | | 353.33 |
| 18 | Best Way Disposal 2577 Kentucy Avenue Indianapolis, IN, 46221 | | Services | | | | 234.12 |
| 19 | Indiana American Water P.O. Box 6029 Carol Stream, IL, 60197 | shannon.ferguson@amwater.com | Utility Services | | | | 213.33 |
| 20 | Great American Financial Service P.O. Box 660831 Dallas, TX, 75266 | | Services | | | | 85.45 |

| Fill in this information to identify the case: |
|---|

Debtor name   QBD Packaging LLC

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First Financial Bank (Acct Ending 5703)(Checking Ac | Checking | 5 7 0 3 | $ 1,198.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 1,198.00

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. Pre-payments | $ 161,035.00 |
|---|---|
| 7.2. Utiltiy Company Deposit | $ Unknown |

Debtor ___QBD Packaging LLC_____
        Name

Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 161,035.00

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less: 28,693.58 − 0.00 = ........➔  $ 28,693.58
                         face amount    doubtful or uncollectible accounts

11b. Over 90 days old: 0.00 − 0.00 = ........➔  $ 0.00
                       face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 28,693.58

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____  _____  $_____

14.2._____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

---

Debtor QBD Packaging LLC
_____
Name

Case number *(if known)*_____

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** See continuation sheet _____ | ____ MM / DD / YYYY | 47,056.79 $_____ | | 47,056.79 $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 47,056.79

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor      QBD Packaging LLC
_____
            Name

Case number (if known)_____

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| $_____ |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $ 13,000.00 | _____ | $ 13,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $ 13,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    QBD Packaging LLC
_____          Case number (if known)_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Machinery (as detailed on attached form) | $ 477,000.00 | _____ | $ 477,000.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 477,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor _QBD Packaging LLC_____     Case number _(if known)_____
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  2710 Montgomery Drive, Seymour, IN (Industrial building with 21,984 square feet on 1.82 acres) | | $_____ | _____ | $ 1,400,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 1,400,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $_____

Debtor    QBD Packaging LLC
_____    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)

   _____    _____ – _____ = ➜    $_____
                                    Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

   _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____    $_____

   Nature of claim         _____

   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____    $_____

   Nature of claim         _____

   Amount requested    $_____

76. **Trusts, equitable or future interests in property**

   _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____    $_____
   _____    $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor    QBD Packaging LLC
_____    Case number (if known)_____
            Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,198.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 161,035.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 28,693.58 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 47,056.79 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 13,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 477,000.00 | |
| 88. **Real property.** Copy line 56, Part 9. ......................................➔ | | $ 1,400,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ....................91a. | $ 727,983.37 | + 91b. $ 1,400,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. 2,127,983.37     $ 2,127,983.37

Debtor 1     QBD Packaging LLC                  Case number *(if known)*_____

First Name     Middle Name     Last Name

## Continuation Sheet for Official Form 206 A/B

**22) Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Packaged Component | 04/28/2025 | 25,649.29 | | 25,649.29 |
| Labeling Component | 04/28/2025 | 21,407.50 | | 21,407.50 |

## QbD Equipment List

| EQUIPMENT NUMBER | NAME/DECSRIPTION | LOCATION | STATUS | FMV |
|---|---|---|---|---|
| QbD-0001 | King Rotary Unscrambler/turn table<br>Model # US3  Serial # 622<br>220 Volts AC Phase 2 60HZ  0.3pmp's each leg, no air | P1 | IN SERVICE | $ 3,500.00 |
| QbD-0002 | King Modular System Bottle Blower Vac.<br>Model # BB5G26  Serial # 33<br>110 Volts HZ 60 AMPS 2 Phase 1 Air 80 PSI | P1 | IN SERVICE | $ 2,500.00 |
| QbD-0003 | Omega Desiccant Inserter<br>Model # CDFI-1D1  Serial # 04J34679<br>120 Volts  Amps-10  Phase 1 H260 Short Circuit Amps 300.000<br>Air Pressure 90 PSIG  SCFM 1.5 | P1 | IN SERVICE | $ 15,000.00 |
| QbD-0004 | King Electronic Tablet/Capsule Counter - Electronic Head<br>Model # 065  Serial # 130<br>Top Equip Serial # TC82175/08<br>Bottom Equip. Serial # At-*LC/8R42178/06<br>220 Votls HZ60 Phase 3  80 PSI | P1 | IN SERVICE | $ 27,000.00 |
| QbD-0005 | Modular Bottle Counter<br>Model # N/A  Serail # N/A<br>Voltz 110 AMP 0.2 HZ 60  80PSI | P1 | IN SERVICE | in ADD 11 |
| QbD-0006 | King Cotton Inserter<br>Model # CF 100R/Batch 1545  Serial # 367<br>Voltz 220  3 phase  80 PSI  HZ60  Amps 2.4/2.4/2/4 | P1 | IN SERVICE | $ 9,500.00 |
| QbD-0007 | King Conveyor<br>Model # N/A  Serial # N/A  No air | P1 | IN SERVICE | $ 6,750.00 |
| QbD-0009 | Modular Conveyor<br>Model # N/A  Serial # N/A<br>110 Volts  5.35 Amps Phase 1 HZ60 | SP1 | IN SERVICE | $ 2,000.00 |
| QbD-0010 | Modular Turntable Dayton Control<br>Model # 5X412  Serial  # N/A<br>Volts 110 Amps 0.2  phase 1 HZ 60 | SP1 | IN SERVICE | $ 750.00 |
| QbD-0011 | Kaps- All Capper<br>Model # A2  Serial @ 2566<br>Voltz 110 Amps 0.2 Phase 1 HZ60 | P1 | IN SERVICE | $ 24,000.00 |
| QbD-0012 | Enercon Compak Induction Cap Sealer<br>Model # LM3352-03  Serial # 10305-3<br>115-Volt  19.8 AMPS HZ60 Phase 1 No air | P1 | IN SERVICE | $ 3,500.00 |

| QbD-0013 | Kalish Acuum. Table<br>Model # N/A  Serial # N/A<br>110 Volt | P1 | IN SERVICE | $ | 2,000.00 |
| QbD-0014 | Kalish Torqit Cap/ Torquins Machine<br>Model # 5750  Serial # 802622<br>120-Volt  HZ 60 Phase 1 Amps-2 | P1 | IN SERVICE | $ | 8,000.00 |

| QbD-0015 | Modular Conveyor<br>Model # N/A  Serial # N/A<br>110- Volt  5.35 Amps  Phase 1 HZ60 | P1 | IN SERVICE | $ 2,250.00 |
|---|---|---|---|---|
| QbD-0016 | Accraply Labeler<br>Model # 35W  Serial # 2740<br>115 Volt  Amps 15  Phase 1 HZ60 80 PSI  CFM 1 MFG 4/92 | P1 | IN SERVICE | $ 5,500.00 |
| QbD-0017 | King Rotary Unscrambler/Turntable<br>Model # US3  Serial # 540<br>220-Volt  2Phase 60HZ 0.3Amp 0.3 AMP | SP1 | IN SERVICE | $ 3,500.00 |
| QbD-0018 | Mettler Tledo Hi-Speed Checkweigher<br>Part # 00015  Model # VLS  Serial # 120700<br>220-Volt  Phase 1 Amps 0.14 | Equipment Storage | OUT OF SERVICE | $ 3,000.00 |
| QbD-0019 | Blipack<br>Model # 204E  Serial # 2461296<br>220V  60HZ  3 pase 13.2  13.0  12.5 | Equipment Storage | OUT OF SERVICE | $ 15,000.00 |
| QbD-0020 | Romaco Hapa Printer<br>Model # H-226-I  Serial 21902<br>Year 2003,  400V Phase 3 Control Volt 24<br>Auxilary Voltage 130  Map Full Load current 12A, Map full rating 16A | Equipment Storage | OUT OF SERVICE | $ 500.00 |
| QbD-0022 | Hytrol Coveyor<br>Model # TDL  Serial # 248546<br>90 Volt  3.5 Amps  HZ Focus Drive Control | SP4 | IN SERVICE | $ 1,250.00 |
| QbD-0023 | 10'8" SS 129" Conveyor<br>Baldor Motor<br>250 Volt  3 Phase  3.4 Amp | SP3 | IN SERVICE | $ 1,000.00 |
| QbD-0024 | Hytrol Conveyor 126" Control Arrow Hart<br>Model # N/A Serial # N/A<br>240 Volt  3 Phase  7.5 AMP | Equipment Storage | OUT OF SERVICE | $ 2,000.00 |
| QbD-0025 | Blipack DFS Feeder<br>Model # DFS  Serial # JLUSG06017<br>220 Volt  HZ 60 Frequency | Equipment Storage | OUT OF SERVICE | $ 6,000.00 |
| QbD-0026 | Central Hydraulics ATV Lift<br>Model/Item # 02792  Serial # AJ38790<br>1500lb Capacity | P2 | IN SERVICE | in ADD 11 |
| QbD-0028 | Blipack<br>Model # 204  Serial # 239896<br>220 Volt  HZ60 | P3 | IN SERVICE | $ 22,000.00 |
| QbD-0029 | Romaco Hapa<br>Model # 223  Serial # 21090<br>Control 24 Auxiliary Voltage 70/130 | P3 | IN SERVICE | $ 8,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| | May Full load current  12A Mex rating Fuxe 16 A | | | | |
| QbD-0030 | Neslab Instruments<br>Moedel # CFT-75 BOM # 395104040202/ Serial # 197309097<br>Recirculating Chiller HZ60  AMPS 9.7 Phase 1<br>Refrigerant -Type R134A Amount : 12.5 02  Pump Type (s) IP02 1/3 HP | P3 | IN SERVICE | $ | 1,500.00 |
| QbD-0031 | 120" Grey Conveyor<br>Baloor Motor  115/208 6.3 | Equipment Storage | **OUT OF SERVICE** | $ | 750.00 |

| | | | | | |
|---|---|---|---|---|---|
| QbD-0032 | 3M-Matic<br>Model # 28600  Serial # 5035<br>115 Volt  HZ60  160 Watt | Aux | IN SERVICE | $ | 2,250.00 |
| QbD-0033 | Central Hyrdaulics<br>ATV Lift  Model # tem02792  Serial # N/A | P3 | IN SERVICE | | in ADD 11 |
| QbD-0034 | Econoseal Type E-2000 (Cartoner)<br>Model # 7423  Serial # 7806<br>Date of Mfg. 07-22-02  Electrical 220 Volt 60HZ 1 Phase<br>10AMP  Pneumatic 5.5 bar/5.2l/Min 100PSI | Aux | OUT OF SERVICE | $ | 11,000.00 |
| QbD-0035 | SEPHA Blister packing solutions<br>Model # N/A  Serial # MU003<br>Mini Press-Out Universal<br>110 Volt Frequency 50/60HZ<br>Rated Current 0.1 AMP<br>Year Mfg. 2006 | Aux | OUT OF SERVICE | $ | 2,500.00 |
| QbD-0039 | Penway Inc. Tank<br>MAWP 150 PSI at 450 °F<br>MAEP----PSI at<br>Year 2011 Serial # A31050  WC 400 SH180 HD148<br>CRM # V18622 | Compressor Room | IN SERVICE | $ | 1,500.00 |
| QbD-0040 | Beseler Shrink Film Equipment<br>Model # T-16-8-D  Serial # 004971609<br>220Volt Phase 1 HZ60  25 AMPS | Equipment Storage | OUT OF SERVICE | $ | 1,500.00 |
| QbD-0041 | Beseler Shrink Film Equipment<br>Model T-16-8-D  Serial # # 00597089<br>Volts-220 Phase 1 HZ60 25AMPS | Equipment Storage | OUT OF SERVICE | $ | 1,500.00 |
| QbD-0043 | SOCO Case Sealer<br>Model # T-10  Serial 521-96<br>1 Phase 110-Voltz Year 1996 | SP4 | IN SERVICE | $ | 3,500.00 |
| QbD-0044 | Beseler L-Sealer<br>Model # N/A  Serial # 4971571<br>110 Voltz | Equipment Storage | OUT OF SERVICE | $ | 2,000.00 |
| QbD-0045 | Neslab Instruments<br>BOM # 395104030103  Serial 796198001<br>208-230 Voltz 8.7 AMPS 60 HZ 1 Phase 14.0 OZ R134 | P2 | OUT OF SERVICE | $ | 1,500.00 |
| QbD-0047 | SEPHA Press Out Deblisterer<br>Leeson Motor<br>Model #CM-38P17f211C  Cat. # M1145032.00<br>115 Voltz/230 2.111AMP | Aux | IN SERVICE | $ | 1,500.00 |
| QbD-0050 | Blue M Electric Company Dry Type Bacteriological Incubator<br>Model # 200 A Serial # 2419<br>1200 Voltz  1 Phase 60HZ  225 Watts<br>Temperature Range 86°F to 140°F  30°C to 65°C | Clean Storage | IN SERVICE | $ | 750.00 |
| QbD-0051 | EZ-Taper<br>Model # SB-2  Serial # C0110<br>110 Voltz 4 AMPS HZ 50  RPM 1420 | Aux | IN SERVICE | $ | 2,000.00 |
| | Alloyd Heat Seal | | | | |

| QbD-0052 | Model # 13SL1428 CC  Serial #M2004-047<br>160 PSI  230 Voltz 3 Phase  54 Amps HZ60  Hiar CFM 60<br>Date of Mfg.  10-21-04<br>PSI 100 CPM 20 | SP4 | IN SERVICE | $ | 22,000.00 |
| QbD-0053 | 70 "Hytro Conveyor<br>Model # TAL  Serial # 248545<br>110 Voltz 1.0 Amps | SP4 | IN SERVICE | $ | 1,250.00 |

| QbD-0054 | Dynatec Glue Dot<br>Model # N52P122F  Serial # 207775-A<br>220-240 Voltz  1Phase 50/60 HZ 30.0 AMPS 100 PSI<br>Ver. 2.06 | SP4 | IN SERVICE | $ | 1,750.00 |
|---|---|---|---|---|---|
| QbD-0055 | 127" Hytrol Conveyor<br>Model # TA  Serial # 293866<br>480 Voltz 3 Phase 20AMP | P3 | IN SERVICE | $ | 2,000.00 |
| QbD-0056 | Zed Heat Seal<br>Model # 15  Serial # 180M1006<br>100 PSI  110 Voltz Phase 1 Style 111-6  Size 14 x 15  30 AMPS HZ60 | Equipment Storage | **OUT OF SERVICE** | $ | 5,000.00 |
| QbD-0058 | Donaldson Dust Collector<br>Model # VS 1200 Serial # IG422092<br>208-460 Voltz  3Phase 60HZ 345 RPM 3HP | Compressor Room | IN SERVICE | $ | 2,500.00 |
| QbD-0059 | Crown Lift Truck<br>Model # 3020-40  Serial # 1A289074 | Whse | IN SERVICE | $ | 10,000.00 |
| QbD-0060 | Lantech Stretch<br>Model # Q-300  Serial # QM006642<br>115 Voltz  2.0AMP 50/60 Hertz | Whse  South Wall | IN SERVICE | $ | 8,000.00 |
| QbD-0061 | Bull Dog Battery Charger<br>Model # 18120C  Serial # 02095478<br>Cust Model 18Q725c23 Type/Cellis LA/18 AC Voltz 208/240/480<br>AC AMPS 20.8/ 118/ 9 HZ60  Phase 3 DC Voltz 36 Dcamps 120<br>AMP Hours 601-725 File UL-E62584  CUL-E62584 | Whse  South Wall | IN SERVICE | $ | 750.00 |
| QbD-0063 | Sampling Booth<br>Serial # B10030675<br>110 Voltz  10 AMPS | Whse    East Wall | IN SERVICE | $ | 2,000.00 |
| QbD-0064 | Zenith Hand Truck<br>Model # N/A  Serial # 31064<br>Capacity 5500lbs | Label Cage | IN SERVICE | | **in ADD 11** |
| QbD-0065 | Wesco Hand Truck<br>Model # N/A  Serial # N/A | Maint | IN SERVICE | | **in ADD 11** |
| QbD-0066 | Acculab Scale<br>Model # VIC-303  Serial # 25354558<br>110 Voltz | Quality | IN SERVICE | | **in ADD 11** |
| QbD-0067 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | Whse    LOC 1 | IN SERVICE | | **in ADD 11** |
| QbD-0068 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | Whse    LOC 2 | IN SERVICE | | **in ADD 11** |
| QbD-0069 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | Whse    LOC 3 | IN SERVICE | | **in ADD 11** |
| QbD-0070 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | Whse    LOC 4 | IN SERVICE | | **in ADD 11** |
| QbD-0071 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | P1 | IN SERVICE | | **in ADD 11** |
| QbD-0072 | Govee Thermo Hygrometer | P2 | IN SERVICE | | **in ADD 11** |

| | | | | |
|---|---|---|---|---|
| QbD-0072 | Serial # ZS41D48301433 | P2 | IN SERVICE | in ADD 11 |
| QbD-0073 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | P3 | IN SERVICE | in ADD 11 |
| QbD-0074 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | SP4 | IN SERVICE | in ADD 11 |
| QbD-0075 | Govee Thermo Hygrometer<br>Serial # ZS41D48301433 | Label Cage | IN SERVICE | in ADD 11 |
| QbD-0077 | Atlas Copco Air Compressor<br>Serial# AIF068551<br>Model # ZT37 | Compressor Room | IN SERVICE | $       5,000.00 |
| QbD-0078 | 3M-Matic Case Tape Machine<br>Serial #3259 | Aux | IN SERVICE | $       3,000.00 |
| QbD-0079 | Air Handler for P1<br>Model # AAM7A0B301121SAA   Serial# 11455MSK5V<br>Motor HP 1/2, FL Amps 3.0, Volts 200-230 1ph 60 hz<br>Manufacture Date: Nov 2011 | Mech Room 2nd Floor | IN SERVICE | part of building |
| QbD-0080 | Air Handler for P2<br>Model# AAM7A0A24H21SAA   Serial# 11394LFLAV<br>Motor HP 1/2, FL Amps 3.0, Volts 200-230 1ph 60 hz<br>Manufacture Date: Sept 2011 | Mech Room 2nd Floor | IN SERVICE | part of building |
| QbD-0081 | Air Handler for P3<br>Model# AAM7A0A24H21SAA   Serial# 11413PN8AV<br>Motor HP 1/2, FL Amps 3.0, Volts 200-230 1ph 60 hz<br>Manufacture Date: Oct 2011 | Mech Room 2nd Floor | IN SERVICE | part of building |
| QbD-0082 | O'haus Platform Scale<br>Model SD200L Serial #0626115JBS | Whse | IN SERVICE | $       2,500.00 |
| QbD-0083 (ADD 4) | Slat Counter Machine<br>Model SC6L Serial #161 | Equipment Storage | OUT OF SERVICE | $     13,000.00 |
| QbD-0088 (ADD 9) | Great Lakes Air<br>Refrigerated Air Dryer<br>Model # GRF-250A-436<br>Serial # AFF.068551 | Compressor Room | IN SERVICE | $       2,500.00 |
| QbD-0089 | Aprilaire Dehumidifier for P1<br>Model # 1850<br>Serial # 232014A84999 | Mech Room 2nd Floor | IN SERVICE | part of building |
| QbD-0090 | Aprilaire Dehumidifier for P2<br>Model # 1850<br>Serial # 162014A82027 | Mech Room 2nd Floor | IN SERVICE | part of building |
| QbD-0091 | Aprilaire Dehumidifier for P3<br>Model # 1850<br>Serial # 162014A81984 | Mech Room 2nd Floor | IN SERVICE | part of building |
| QbD-0092 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>Location Warehouse North Door by Shipping Office | | IN SERVICE | part of building |
| QbD-0093 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>Location Warehouse  East Door by Sampling Booth/Rack | | IN SERVICE | part of building |

| QbD-0094 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Warehouse South Door Under Rack** | | IN SERVICE | **part of building** |
|---|---|---|---|---|
| QbD-0095 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Warehouse South Door By Wrapper** | | IN SERVICE | **part of building** |
| QbD-0096 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Hallway West Side Of Building** | | IN SERVICE | **part of building** |
| QbD-0097 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Mens R/R Over Urinal** | | IN SERVICE | **part of building** |
| QbD-0098 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Mens R/R North Door** | | IN SERVICE | **part of building** |
| QbD-0099 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Womens R/R Over Stall** | | IN SERVICE | **part of building** |
| QbD-0100 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Womens R/R North Door** | | IN SERVICE | **part of building** |
| QbD-0101 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Clean Room Hallway West Door** | | IN SERVICE | **part of building** |

| QbD-0102 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Clean Room Hallway Middle Door** | | IN SERVICE | **part of building** |
|---|---|---|---|---|
| QbD-0103 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Clean Room Hallway East Exit Door** | | IN SERVICE | **part of building** |
| QbD-0104 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Airlock To  Women R/R West** | | IN SERVICE | **part of building** |
| QbD-0105 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Airlock To  Men R/R East** | | IN SERVICE | **part of building** |
| QbD-0106 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Breakroom By Time Clock** | | IN SERVICE | **part of building** |
| QbD-0107 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Breakroom Above Exit Door** | | IN SERVICE | **part of building** |
| QbD-0108 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Hall To Office** | | IN SERVICE | **part of building** |
| QbD-0109 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Maintenance Shop** | | IN SERVICE | **part of building** |
| QbD-0110 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Exit Door Label / Material  Cage** | | IN SERVICE | **part of building** |
| QbD-0111 | York Air Handler<br>Model # DM240M32P4AAC1<br>Serial # N0L4051382 | Outside East | IN SERVICE | **part of building** |
| QbD-0112 | York Air Handler<br>Model # DM240M32P4AAC1<br>Serial # N0L4051383 | Outside South | IN SERVICE | **part of building** |
| QbD-0113 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Office Entrance** | | IN SERVICE | **part of building** |
| QbD-0114 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Office Entrance to Vestibule** | | IN SERVICE | **part of building** |
| QbD-0115 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Storage area to Office** | | IN SERVICE | **part of building** |
| QbD-0116 | Air Handler for Front Office<br>Model # AAM7A0636H315AA<br>Serial # 11461K535V | Label Cage | IN SERVICE | **part of building** |
| QbD-0117 | Air Handler for SP4<br>Model # AAM7A0648H415AA<br>Serial # 11464T935V | Break Room | IN SERVICE | **part of building** |
| QbD-0118 | Air Handler for Break Room<br>Model # AAM7A0636H315AA | Break Room | IN SERVICE | **part of building** |

| | Serial # 11461DLYAV | | | |
|---|---|---|---|---|
| **QbD-0119** | Air Handler for Production Hallway<br>Model # n/a<br>Serial # B1108011 | 2nd Floor Mezzanine | IN SERVICE | **part of building** |
| **QbD-0120** | Air Handler for Quality Office<br>Model # n/a<br>Serial # B10030675 | 2nd Floor Mezzanine | IN SERVICE | **part of building** |
| **QbD-0121 (ADD 1)** | Crane w/ Electric Hoist<br>Model # n/a<br>Serial # n/a | Whse | IN SERVICE | **$          1,000.00** |

Rev. 04 01Apr2025

| QbD-0122 | Global Hand Truck<br>Model # n/a<br>Serial # C699444 | Whse | IN SERVICE | in ADD 11 |
|---|---|---|---|---|
| QbD-0123 | Global Hand Truck<br>Model # n/a<br>Serial # C701164 | Air Lock | IN SERVICE | in ADD 11 |
| QbD-0124 | Emergency Lighting And Power Equipment<br>Cat. No. E-XMDRB2RCW  Serial # N/A<br>**Location Hallway to Quality Office** | | IN SERVICE | part of building |
| QbD-0125 | Wayne Overhead Door - East<br>Model #2415 | Whse | IN SERVICE | part of building |
| QbD-0126 | Wayne Overhead Door - West<br>Model #2415 | Whse | IN SERVICE | part of building |
| QbD-0127 | SERCO Dock Leveler - East<br>Model # AB6X8 | Whse | IN SERVICE | part of building |
| QbD-0128 | SERCO Dock Leveler - West<br>Model # AB6X8 | Whse | IN SERVICE | part of building |
| QbD-0129 | Hand Truck<br>Model #n/a<br>Serial #1424010 | Whse | IN SERVICE | in ADD 11 |
| QbD-0130 | Hand Truck<br>Model #5NP21<br>Serial #n/a | Whse | IN SERVICE | in ADD 11 |
| QbD-0131 | Sumeve P110 Pneumatic Filler | P2 | IN SERVICE | $ 300.00 |
| QbD-0132 | Hand Held Induction Sealer | P2 | IN SERVICE | $ 200.00 |
| QbD-0133 | Scale | P2 | IN SERVICE | $ 500.00 |
| QbD-0134 | Neweco Tube Filler<br>Model NTT-200 | P2 | IN SERVICE | $ 52,000.00 |
| QbD-0135 | Pack Leader Bottle Labeler<br>Model #ELF-50 | SP1 | IN SERVICE | $ 8,000.00 |
| QbD-0137 | Modine Hot Dawg Gas Heater<br>Model #HD125AS0111N | NE Corner Whse | IN SERVICE | $ 6,000.00 |
| QbD-0138 | Modine Hot Dawg Gas Heater<br>Model #HD125AS0111N | SW Corner Whse | IN SERVICE | $ 6,000.00 |
| ADD 2 | Sum of Pallet Racking | Whse | IN SERVICE | $ 8,000.00 |
| ADD 3 | Inkjet Coder | Whse | IN SERVICE | $ 1,000.00 |
| ADD 5 | Conveyor | P3 | IN SERVICE | $ 2,000.00 |
| ADD 6 | Sum of Tooling for Blister Machines | Whse | IN SERVICE | $ 30,000.00 |
| ADD 7 | Reverse Osmosis Water System | 2nd Floor Mezzanine | OUT OF SERVICE | $ 7,500.00 |
| ADD 8 | Stratix Bar Code Verifier | 2nd Floor Mezzanine | IN SERVICE | $ 1,000.00 |
| ADD 10 | Sum of Office Equipment | | IN SERVICE | $ 13,000.00 |

| ADD 10 | Sum of Office Equipment | | IN SERVICE | $ | 13,000.00 |
| ADD 11 | Sum of Plant Supporting Equipment | Whse | IN SERVICE | $ | 38,000.00 |
| ADD 12 | Folder/Gluer | P4 | IN SERVICE | $ | 13,000.00 |

**Fill in this information to identify the case:**

Debtor name    QBD Packaging LLC

United States Bankruptcy Court for the:    Southern District of Indiana

Case number (If known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** | **Creditor's name**
Jackson County Bank

**Describe debtor's property that is subject to a lien**
2710 Montgomery Drive, Seymour, IN (Industrial building with 21,984 square feet on 1.82 acres), Machinery (as detailed on attached form)

Column A: $ 573,295.00
Column B: $ 1,877,000.00

**Creditor's mailing address**
125 S. Chestnut Street
Seymour, IN 47274

**Creditor's email address, if known**

**Describe the lien**
Agreement you made, Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 04/29/2021

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | **Creditor's name**

**Describe debtor's property that is subject to a lien**

Column A: $ _____
Column B: $ _____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 573,295.00

| Debtor | QBD Packaging LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| William M. Braman<br>Lorenzo Bevers Braman & Connell<br>218 West Second Street<br>Seymour, IN, 47274 | Line 2. 1 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor            QBD Packaging LLC

United States Bankruptcy Court for the:    Southern District of Indiana

Case number
(If known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Jackson County Treasurer
111 S. Main Street, Suite 124
Brownstown, IN 47220

As of the petition filing date, the claim is: $ 44,547.94      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor ___QBD Packaging LLC___                     Case number (if known) _____
          Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Aflac
1932 Wynnton Road
Columbus, GA 31999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 363.48

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
B & H Electric Supply
740 C. Avenue Freeman Field
P.O. Box 1005
Seymour, IN 47274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 16.05

**Date or dates debt was incurred** _____
**Last 4 digits of account number** A175

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Best Way Disposal
2577 Kentucy Avenue
Indianapolis, IN 46221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 234.12

**Date or dates debt was incurred** _____
**Last 4 digits of account number** 0855

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Colbert Packaging Corporation
1511 W. Lusher Avenue
Elkhart, IN 46517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Suppliers or Vendors

$ 77,620.01

**Date or dates debt was incurred** _____
**Last 4 digits of account number** QBDPKG

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility Services

$ 425.40

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Duke Energy
P.O. Box 1327
Charlotte, NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility Services

$ 3,991.23

**Date or dates debt was incurred** _____
**Last 4 digits of account number** E+11

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  QBD Packaging LLC
_____
Name                                                                         Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7**  Nonpriority creditor's name and mailing address

First Financial Bank
225 Pictoria Drive, Suite 120
Cincinnati, OH 45246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    7964

$ 24,875.00

---

**3.8**  Nonpriority creditor's name and mailing address

Flexi-Print
50 Commercial Avenue
Moonachie, NJ 07074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    _____

$ 378.87

---

**3.9**  Nonpriority creditor's name and mailing address

General Rubber
1007 W. Brown Street
Seymour, IN 47274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    _____

$ 353.33

---

**3.10**  Nonpriority creditor's name and mailing address

Great American Financial Service
P.O. Box 660831
Dallas, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    8000

$ 85.45

---

**3.11**  Nonpriority creditor's name and mailing address

Indiana American Water
P.O. Box 6029
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    _____

$ 213.33

---

Debtor ___QBD Packaging LLC_____    Case number (if known)_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number ___7262___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,532.10

---

**3.13** **Nonpriority creditor's name and mailing address**

Liveo Research, Inc.
1389 School House Road
New Castle, DE 19720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___3296___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,399.20

---

**3.14** **Nonpriority creditor's name and mailing address**

Nnodum Pharmacuetical
483 Northland Blvd
Cincinnati, OH 45240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 138,200.00

---

**3.15** **Nonpriority creditor's name and mailing address**

PCA
3460 Commerce Drive
Columbus, IN 477201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___0001___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 856.50

---

**3.16** **Nonpriority creditor's name and mailing address**

Plymate
819 Elston Drive
Shelbyville, IN 46176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___5714___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,604.12

---

Debtor __QBD Packaging LLC_____    Case number (if known)_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.17** Nonpriority creditor's name and mailing address

Reliable Comfort
2601 Montgomery Drive
Seymour, IN 47274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 4,999.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Secura Insurance
P.O. Box 819
Appleton, WI 54912

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,260.51

Date or dates debt was incurred _____

Last 4 digits of account number ____4462____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Stuckwisch Outdoor Services
2042 N. County Road 950 E
Seymour, IN 47274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 785.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Vectren Energy
P.O.Box 6248
Indianapolis, IN 46206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 1,049.55

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____QBD Packaging LLC_____    Case number *(if known)* _____
                 Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 44,547.94 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 273,242.25 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 317,790.19 |

**Fill in this information to identify the case:**

Debtor name ___QBD Packaging LLC___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: Copier<br><br>State the term remaining<br><br>List the contract number of any government contract | GreatAmerica Financial Svcs.<br>P.O. Box 660831<br>Dallas, TX, 75266 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  QBD Packaging LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Nnodum Iheme | 5105 Rollman Estates Drive Cincinnati, OH 45236 | Jackson County Bank | ☑ D ☐ E/F ☐ G |
| 2.2 Nnodum Pharmaceut | 483 Northland Blvd. Cincinnati, OH 45240 | Jackson County Bank | ☑ D ☐ E/F ☐ G |
| 2.3 Nnenna Iheme | 5105 Rollman Estates Drive Cincinnati, OH 45236 | Jackson County Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Ziks Family Pharmac | 4140 Salem Avenue Dayton, OH 45426 | Jackson County Bank | ☑ D ☐ E/F ☐ G |
| 2.5 Ziks Family Pharmac | 886 Clinton Springs Avenue Cincinnati, OH 45226 | Jackson County Bank | ☑ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name ____QBD Packaging LLC____

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | ☑ Operating a business<br>☐ Other | $ _____269,096.43 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _____741,879.00 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _____897,476.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    QBD Packaging LLC
_____    Case number (if known)_____
         Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

---

Debtor      QBD Packaging LLC
            _____      Case number (if known)_____
            Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Jackson County Bank vs. QBD Packaging, LLC et al | Foreclosure | Jackson County Superior Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>36D01-2403-MF-0019 | | 109 S. Sugar Street<br>Brownstown, IN 47220 | |
| 7.2. **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |

Debtor    QBD Packaging LLC
_____
Name

Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | _____ | _____ | $_____ |

---

Debtor    QBD Packaging LLC
_____    Case number (if known)_____
            Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Hester Baker Krebs LLC | | 02/03/2025 | $ 20,000.00 |
| **Address** | | | |
| One Indiana Square, Suite 1330 Indianapolis, IN 46204 | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** Nnodum Pharmaceuticals | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor        QBD Packaging LLC
              _____        Case number (if known)_____
              Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | | From | _____ | To _____ |
| 14.2. | | From | _____ | To _____ |

Debtor    QBD Packaging LLC
_____    Case number (if known)_____
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor      QBD Packaging LLC
_____      Case number (if known)_____
            Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    QBD Packaging LLC
_____    Case number (*if known*)_____
          Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Debtor | QBD Packaging LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____
**Dates business existed**
From _____  To _____ |
| 25.2. | Name | | EIN: _____
**Dates business existed**
From _____  To _____ |
| 25.3. | Name | | EIN: _____
**Dates business existed**
From _____  To _____ |

Debtor    QBD Packaging LLC
_____
Name

Case number (if known)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Blue & Company, LLC <br> Name <br> 627 Washington Street, Columbus, IN 47201 | From 06/01/2011 <br> To 05/05/2025 |
| **26a.2.** _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** _____ <br> Name | From _____ <br> To _____ |
| **26b.2.** _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** _____ <br> Name | |

---

Debtor    QBD Packaging LLC
_____    Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    QBD Packaging LLC           Case number *(if known)*_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.   _____ |
|         Name |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nnodum Iheme | 5105 Rollman Estate Drive, Cincinnati, OH 45236 | Member | 75 |
| Baron Bullard | 129 W Co Rd 925 N, Seymour, IN 47274 | Member | 25 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Baron Ballard | 91,000.00 | _____ | Payment of salary 12 months prior to petition date |
|       Name | | | |
|       129 W Co Rd 925 N | | _____ | |
|       Seymour, IN 47274 | | _____ | |

| Relationship to debtor |
|---|
| Member |

Debtor    QBD Packaging LLC
_____    Case number (*if known*)_____
              Name

| | | |
|---|---|---|
| **Name and address of recipient** | _____ | _____ |
| 30.2 _____ | | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| Simple IRA - Jackson County Bank | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/05/2025
              MM  / DD  / YYYY

✗ /s/ Nnodum Iheme
_____    Printed name    Nnodum Iheme
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    QBD Packaging LLC                                    Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**17) Pension Contributions**

**Simple IRA – Jackson County Bank**

**Fill in this information to identify the case and this filing:**

Debtor Name ___QBD Packaging LLC___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/05/2025___          ✘ /s/ Nnodum Iheme
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                        Nnodum Iheme
                        Printed name

                        Position or relationship to debtor

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                           )
 QBD Packaging LLC _____ )     Case No. _____
 *[Name of Debtor(s)]*                           )        *(xx-xxxxx)*
_____ ,        )
                          Debtor(s).   )

☐   Check if this form
is submitted with an
amended creditor list.

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in
Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification.
This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to
the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment
fee if there are entities listed on (my/our) schedules that are not included in the creditor
list submitted with this verification.

Dated:  05/05/2025 _____

/s/ Nnodum Iheme
_____
Signature of Debtor

_____
Signature of Joint Debtor

**(Note:  Certificate of Service not required.)**

Aflac
1932 Wynnton Road
Columbus, GA 31999

B & H Electric Supply
740 C. Avenue Freeman Field
P.O. Box 1005
Seymour, IN 47274

Best Way Disposal
2577 Kentucy Avenue
Indianapolis, IN 46221

Colbert Packaging Corporation
1511 W. Lusher Avenue
Elkhart, IN 46517

Comcast Cable
P.O. Box 7500
Southeastern, PA 19398-7500

Duke Energy
P.O. Box 1327
Charlotte, NC 28201

First Financial Bank
225 Pictoria Drive, Suite 120
Cincinnati, OH 45246

Flexi-Print
50 Commercial Avenue
Moonachie, NJ 07074

General Rubber
1007 W. Brown Street
Seymour, IN 47274

Great American Financial Service
P.O. Box 660831
Dallas, TX 75266

GreatAmerica Financial Svcs.
P.O. Box 660831
Dallas, TX 75266

Indiana American Water
P.O. Box 6029
Carol Stream, IL 60197

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141

Jackson County Bank
125 S. Chestnut Street
Seymour, IN 47274

Jackson County Treasurer
111 S. Main Street, Suite 124
Brownstown, IN 47220

Liveo Research, Inc.
1389 School House Road
New Castle, DE 19720

Nnodum Pharmacuetical
483 Northland Blvd
Cincinnati, OH 45240

PCA
3460 Commerce Drive
Columbus, IN 477201

Plymate
819 Elston Drive
Shelbyville, IN 46176

Reliable Comfort
2601 Montgomery Drive
Seymour, IN 47274

Secura Insurance
P.O. Box 819
Appleton, WI 54912

Stuckwisch Outdoor Services
2042 N. County Road 950 E
Seymour, IN 47274

Vectren Energy
P.O.Box 6248
Indianapolis, IN 46206

William M. Braman
Lorenzo Bevers Braman & Connell
218 West Second Street
Seymour, IN 47274

**United States Bankruptcy Court**

**IN RE:**                                                                                          Case No._____

QBD Packaging LLC
_____  Chapter  _____ _
                                                                                                            11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Nnodum Iheme<br>5105 Rollman Estate Drive, Cincinnati, OH 45236 | 75 | |
| Baron Bullard<br>129 W Co Rd 925 N, Seymour, IN 47274 | 25 | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✖ /s/ Nnodum Iheme
_____

**Signature of individual signing on behalf of the debtor**

**Date** 05/05/2025
_____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of Indiana

**In re** QBD Packaging LLC

Case No. _____

**Debtor**

Chapter <u>11</u>_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 20,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 450.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Total compensation shall be based upon the total hours of legal services rendered at the applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter. No flat fee or flat rate is intended or implied.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in any adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/05/2025

*Date*

/s/ Jeffrey Hester, 22048-49

*Signature of Attorney*

Hester Baker Krebs LLC

*Name of law firm*

One Indiana Sq
Suite 1330
Indianapolis, IN 46204